**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Dongping Li, et al. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  23 C 15485 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| City of Chicago, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

   Plaintiff's motion to vacate the filing of the complaint and reimburse the filing fee [3] is granted.  Plaintiff's complaint is dismissed with leave to file in the appropriate forum.  The Clerk's Office is directed to reimburse plaintiff's filing fee.  The case is terminated.


Date:  November 14, 2023                                      /s/ Martha M. Pacold